FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES E. YEAGER, | No. 10-80074 |
| Plaintiff - Respondent, | D.C. No. 2:07-cv-02517-FCD<br>Eastern District of California, Sacramento |
| v. | |
| AT&T MOBILITY, LLC, | ORDER |
| Defendant - Petitioner. | |

Before: LEAVY and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

lc/MOATT